UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
20-TP-20073-MOORE

UNITED STATES OF AMERICA,

    Plaintiff

vs.

FRANCOISE MARIE CALISAL,

    Defendant.
_____/

**REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION**

This cause has been referred to the undersigned to take all necessary and proper action as required with respect to any violations of Supervised Release as to Defendant Francoise Marie Calisal (ECF No. 24).

Upon referral from District Court Judge K. Michael Moore, the matter was set for status conference for the purpose of scheduling an evidentiary hearing on the violations (ECF No. 26). A telephone status conference was conducted on June 10, 2022, and was attended by counsel for the government, counsel for Ms. Calisal, U.S. Probation Officer Betty Mendez-Aponte, and by Ms. Calisal. Defense counsel sought additional time to inform the Court of the necessity of setting an evidentiary hearing. The hearing was reset and conducted on July 8, 2022. At that time, defense counsel appeared and represented that Ms. Calisal intended to admit the violations alleged in the Petition (ECF No. 20) and thus, that no evidentiary hearing was warranted for the purpose of determining probable cause.

Accordingly, it is the recommendation of the undersigned that the Court set the matter for final hearing and accept Defendant's admission of guilt of the Supervised Release Violations as

1

charged in the Petition.

The parties will have fourteen days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 11th day of July, 2022.

_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc: The Honorable K. Michael Moore
    Counsel of record